Ronald ABARE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 164-76

February 9, 1977. Judgment vacated and cause remanded for the taking of further evidence on the issue of claimant's availability for work.